**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00397-MSK-STV

RITA BALDERES

Plaintiff,

vs.

UNIVERSITY OF NORTHERN COLORADO

Defendant.

---

THIRD JOINT MOTION TO AMEND SCHEDULING ORDER

---

Plaintiff Rita Balderes and Defendant, Board of Trustees for the University of Northern Colorado ("UNC" or "Defendant") (improperly denominated as "University of Northern Colorado"), jointly move the Court to amend the Scheduling Order (ECF. #21) to extend the deadline due to ongoing settlement negotiations. In support thereof, the Parties state as follows:

1. On May 27, 2020 the parties filed a Second Joint Motion to Amend the Scheduling Order (ECF #36).

2. On May 27, 2020 the Court granted the motion and set the Dispositive motions deadline to July 31, 2020; and the Final Pretrial Conference to October 1, 2020.

3. No trial date has been set.

4. Good cause exists to extend the current dispositive motions deadline and reschedule the final pretrial conference. The parties are currently engaged in settlement negotiations.

5. The parties request a sixty-day (60) extension to allow them to complete settlement negotiations without the need to engage in litigation, incurring additional costs and expenses.

6. The parties request the court reschedule the final pretrial conference, or direct the parties to jointly contact the court to reschedule it, and reset the deadlines as follows:

a. Dispositive Motion deadline: September 29, 2020

b. Final Pretrial Conference: November 30, 2020

Therefore, the Parties respectfully request the Court to amend the Order to extend the deadline to file dispositive motions, and reschedule the final pretrial conference.

Respectfully submitted this 29th day of July 2020.

| *s/ Matt Molinaro*<br>Matt Molinaro<br>David Lichtenstein<br>Law Office of David Lichtenstein, LLC<br>1556 Williams St., Suite 100<br>Denver, CO 80218<br>Telephone: (303) 831-4750<br>Facsimile: (303) 863-0835<br>dave@lichtensteinlaw.com<br>matt@lichtensteinlaw.com<br>*Attorneys for Plaintiff* | *s/Jacob A. Paul*<br>Jacob W. Paul*<br>Assistant Attorney General<br>Stacy L. Worthington*<br>Senior Assistant Attorney General<br>Civil Litigation & Employment Section<br>1300 Broadway, Tenth Floor<br>Denver, CO 80203<br>Telephone: (720) 508-6605<br>Facsimile: (720) 508-6032<br>Jacob.Paul@coag.gov<br>Stacy.Worthington@coag.gov<br>*Attorneys for Defendant* |
|---|---|


**CERTIFICATE OF SERVICE**

This is to certify that I have duly served the within THIRD JOINT MOTION TO AMEND SCHEDULING ORDER upon all parties herein by CM/ECF, this 29th day of July, 2020, addressed to the following:

David Lichtenstein
Matt Molinaro
Law Office of David Lichtenstein, LLC
1556 Williams St., Suite 100
Denver, CO 80218
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com
*Attorneys for Plaintiff*

*s/La'Tasha Carter*