**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00397-STV

RITA BALDERES

Plaintiff,

vs.

UNIVERSITY OF NORTHERN COLORADO

Defendant.

---

**FOURTH JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff Rita Balderes and Defendant University of Northern Colorado jointly move the Court to amend the Scheduling Order (Dkt. #21) to extend the deadline for filing a proposed pretrial order and to reschedule the final pretrial conference. As grounds for this motion, the Parties state as follows:

1. The Scheduling Order (Dkt #21) set the discovery cutoff as January 31, 2020; the dispositive motion as February 28, 2020; and the final pretrial conference for May 26, 2020.

2. Three extensions were previously granted. On January 8, 2020, the Parties requested an extension to complete discovery and reschedule the final pretrial conference. The Court set the final pretrial conference for July 16, 2020. On March 27, 2020, the Parties requested a second extension complete discovery and reschedule the final pretrial conference. The Court set the final pretrial conference for August 28, 2020. On May 27, 2020, the Parties

requested a third extension complete discovery and reschedule the final pretrial conference. The Court set the final pretrial conference for August 28, 2020. On July 29, 2020, the Parties requested a fourth extension complete discovery and reschedule the final pretrial conference. The Court set the final pretrial conference for December 17, 2020.

3. No trial date has been set.

4. Good cause exists to extend the discovery cut-off, extend the dispositive deadline motion, and reschedule the final pretrial conference. The Parties are engaged in settlement negotiations.

5. The Parties believe a seven-day extension is sufficient to allow settlement negotiations to continue and, if negotiations are unsuccessful, allow the parties adequate time to prepare a final pretrial order.

6. The parties request the court reschedule the final pretrial conference, or direct the parties to jointly contact the court to reschedule it.

7. In accordance with D.C.COLO.LCivR 6.1(c), the undersigned counsel hereby certify this motion was served simultaneously on the Parties' representatives.

Therefore, the Parties respectfully request the Court to amend the Scheduling Order to extend the deadline for filing a proposed pretrial order and reschedule the final pretrial conference.

DATED: December 9, 2020

/s/Matt Molinaro
Matt Molinaro
David Lichtenstein
Law Office of David Lichtenstein, LLC
1556 Williams Street, Suite 100
Denver, CO 80218
Telephone: (303) 831-4750
Facsimile: (303) 863-0835
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com
Attorneys for Plaintiff

/s/Jacob W. Paul
Jacob W. Paul
Stacy L. Worthington
Civil Litigation & Employment Section
Colorado Attorney General's Office
1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6605
Facsimile: (720) 508-6032
jacob.paul@coag.gov
stacy.worthington@coag.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Stacy L. Worthington
stacy.worthington@coag.gov

Jacob Paul
jacob.paul@coag.gov

s/Matt Molinaro
Matt Molinaro