**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00397-STV

RITA BALDERES

Plaintiff,

vs.

UNIVERSITY OF NORTHERN COLORADO

Defendant.

---

## JOINT MOTION TO VACATE PRETRIAL CONFERENCE

---

Plaintiff Rita Balderes and Defendant University of Northern Colorado jointly move the Court to vacate the final pretrial conference. As grounds for this motion, the Parties state as follows:

1. The final pretrial conference is currently set for January 5, 2021. No trial date has been set.

2. Good cause exists to vacate the final pretrial conference. The parties have reached an agreement to resolve Ms. Balderes's claims, subject to agreement on non-economic terms.

3. The parties request the Court vacate the final pretrial conference. The parties will file dismissal papers upon satisfaction of the settlement agreement's terms. The parties anticipate filing dismissal papers within approximately 30 days.

Therefore, the Parties respectfully request the Court to vacate the final pretrial conference.

DATED: December 23, 2020

/s/Matt Molinaro
Matt Molinaro
David Lichtenstein
Law Office of David Lichtenstein, LLC
1556 Williams Street, Suite 100
Denver, CO 80218
Telephone: (303) 831-4750
Facsimile: (303) 863-0835
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com
Attorneys for Plaintiff

/s/Jacob W. Paul
Jacob W. Paul
Stacy L. Worthington
Civil Litigation & Employment Section
Colorado Attorney General's Office
1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6605
Facsimile: (720) 508-6032
jacob.paul@coag.gov
stacy.worthington@coag.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Stacy L. Worthington
stacy.worthington@coag.gov

Jacob Paul
jacob.paul@coag.gov

s/Jana Elliott
Jana Elliott