**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00397-STV

RITA BALDERES

Plaintiff,

vs.

UNIVERSITY OF NORTHERN COLORADO

Defendant.

---

**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT**

---

Plaintiff Rita Balderes and Defendant University of Northern Colorado jointly provide the Court with a status report on their settlement of this matter as follows:

1. On December 23, 2020 the parties jointly filed a Motion to Vacate the Pretrial Conference set in this matter for January 5, 2021.

2. The basis for that Motion to Vacate was that the parties had reached an agreement to resolve Ms. Balderes's claims.

3. On December 23, 2020, the Court issued its Order granting the Motion and requiring the parties to file dismissal papers or a report regarding the status of settlement on or before January 23, 2021. No report was filed.

4. On January 25, 2021, the Court issued another Order requiring the parties to file dismissal papers or a report regarding the status of settlement on or before February 1, 2021.

5. Since December 23, 2020, the parties have worked to finalize and execute the memorialization of the settlement between the parties. The parties have completed the memorialization and are working to complete the execution of the agreement and satisfy its terms. The parties will file dismissal papers upon satisfaction of the settlement agreement's terms. The parties anticipate filing dismissal papers within approximately 35 days.

.

DATED: February 1, 2021

/s/Matt Molinaro
Matt Molinaro
David Lichtenstein
Law Office of David Lichtenstein, LLC
1556 Williams Street, Suite 100
Denver, CO 80218
Telephone: (303) 831-4750
Facsimile: (303) 863-0835
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com
Attorneys for Plaintiff

/s/Jacob W. Paul
Jacob W. Paul
Stacy L. Worthington
Civil Litigation & Employment Section
Colorado Attorney General's Office
1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6605
Facsimile: (720) 508-6032
jacob.paul@coag.gov
stacy.worthington@coag.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

David Lichtenstein
Matt Molinaro
Law Office of David Lichtenstein, LLC
1556 Williams St., Suite 100
Denver, CO 80218
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com

Attorneys for Plaintiff

s/ ________________________