**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00397-STV

RITA BALDERES

Plaintiff,

vs.

UNIVERSITY OF NORTHERN COLORADO

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff Rita Balderes and Defendant University of Northern Colorado pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate that each of Plaintiff's claims shall be dismissed, with prejudice, and each party to pay his or its own costs and attorney's fees. [1]

Dated: February 22, 2021

/s/Matt Molinaro
Matt Molinaro
David Lichtenstein
Law Office of David Lichtenstein, LLC
1556 Williams Street, Suite 100

/s/Jacob W. Paul
Jacob W. Paul
Stacy L. Worthington
Civil Litigation & Employment Section
Colorado Attorney General's Office

[1] Plaintiff's counsel filed a document erroneously titled "Joint Motion to Vacate Pretrial Conference" as Docket #48. The substance of the document filed as Docket #48 is identical to this Stipulation. The parties are filing this Stipulation to clarify their request that the Court dismiss this matter.

Denver, CO 80218
Telephone: (303) 831-4750
Facsimile: (303) 863-0835
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com
Attorneys for Plaintiff

1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6605
Facsimile: (720) 508-6032
jacob.paul@coag.gov
stacy.worthington@coag.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Stacy L. Worthington
stacy.worthington@coag.gov

Jacob Paul
jacob.paul@coag.gov

s/Matt Molinaro
Matt Molinaro